ACCEPTED
03-15-00455-CV
7523462
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 4:23:40 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00455-CV

| | | |
|---|---|---|
| **SCOTT P. OGLE,** | § | **COURT OF APPEALS** |
| **Appellant,** | § | |
| | § | |
| | § | |
| **vs.** | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **MAELI HECTOR, A/K/A MAELI** | § | |
| **ARELLANO, A/K/A MAELI** | § | |
| **JOHNSON,** | § | |
| **Appellee.** | § | **STATE OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 4:23:40 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

**COMES NOW,** Scott P. Ogle, Appellant herein, requesting a thirty (30) day extension to file his Appellant's Brief.

Appellant seeks a thirty day (30) day extension. Appellant's brief is currently due on October 23, 2015. Appellant has been unable to complete the brief as in the last thirty (30) days Appellant has had three (3) hearings requiring consultation and preparation, seven (7) mediations, fifteen (15) depositions, and preparation for a jury trial in Harris County that the court removed from its docket the Friday before the Monday trial.

While significant time has been spent on this brief, Appellant respectfully requests a thirty (30) day extension so that justice may be done.

Respectfully submitted,

LAW OFFICE OF SCOTT OGLE

By: _/s/_Scott Ogle

State Bar No. 00797170
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone:  (512) 442-8833
Facsimile:  (512) 442-3256
soglelaw@peoplepc.com

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with opposing counsel and opposing counsel has not agreed to this Motion.

Scott Ogle

_/s/Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 23rd day of October, 2015.

Paul Batrice
Law Office of Paul Batrice
1114 Lost Creek Blvd., Suite 440
Austin, Texas 78746
Via email:  paul@batricelawfirm.com
Via facsimile:  (512) 600-0217

Scott Ogle
_/s/Scott Ogle